# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1478
_____

DARREL DEON HARVEY,

    Appellant,

    v.

ELIZABETH BLAISE HOFFMAN, et
al.,

    Appellees.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.


February 4, 2026

PER CURIAM.

    The Court summarily affirms for failure to show a preliminary basis for reversal. *See* Fla. R. App. P. 9.315(a).

ROWE, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Darrel Deon Harvey, pro se, Appellant.

Jerry Rumph, Jr., and Joseph E. Brooks of Brooks Law, Tallahassee, for Appellee Steven K. Schafer.

William H. Crawford of Thompson, Crawford, Brown & Smiley, Tallahassee, for Appellees Thompson, Crawford, Brown & Smiley.